PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Ibn Ali

**Docket Number:** 02-00065-001
**PACTS Number:** 32034

**Name of Sentencing Judicial Officer:** The Honorable Katharine S. Hayden

**Date of Original Sentence:** 07/25/2003

**Original Offense:** Possession of a Firearm by a Convicted Felon,  (18:U.S.C.922(g)(1) & (2).

**Original Sentence:** 77 months imprisonment; 3 years supervised release.

**Type of Supervision:** supervised release

**Date Supervision Commenced:** 3/07/07

**Assistant U.S. Attorney:** Matthew Boxer, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Kevin Carlucci, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X]  To issue a warrant
[  ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>The offender failed to report as directed on the following dates: 9/16/08, 10/21/08, 11/18/08, 12/17/08, 1/6/09 and every date thereafter. |
| 2. | The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'<br><br>The offender failed to secure lawful employment or attend training as directed in the months of: January 2008 through January 2009, in spite of numerous referrals by the U.S. Probation Office. |

PROB 12C - Page 2
Ibn Ali

3.               The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

The offender failed to follow the instructions of the Probation Office regarding compliance with the Codaphone random urinalysis program on the following dates: 3/7/08, 4/8/08, 4/11/08, 7/10/08, 7/14/08, 8/1/08, 8/22/08, 9/17/08, 9/19/08, and every date thereafter.

4.               The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

The offender failed to refrain from the use of illicit substances as evidenced by positive urinalysis results and/or self-admission on the following dates:

4/3/07- marijuana; 5/1/07-marijuana; 7/17/07-marijuana; 7/23/07-marijuana; 8/30/07-marijuana; 10/15/07-marijuana; 10/29/07-marijuana; 11/27/07-marijuana; 7/16/08-marijuana;

5.               The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

The offender failed to attend outpatient substance abuse treatment as directed at The Bridge on the following dates: 8/9/07, 8/27/07, 9/10/07, 9/17/07 and 9/24/07. He was terminated for non-compliance.

The offender failed to attend substance abuse treatment as directed at Integrity House on the following dates:9/8/08, 9/15/08, 9/22/08, 9/29/08 and every date thereafter. He was terminated for non-compliance effective October 2008.

6.               The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

The offender failed to advise the United States Probation Officer as to his whereabouts in the months of : November 2008 through January 2009 and every month thereafter.

I declare under penalty of perjury that the foregoing is true and correct.

By:  Maurine Rush-Blossfeld
Senior U.S. Probation Officer
Date:  1/21/09

THE COURT ORDERS:

[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons.  Date of Hearing: _____.

PROB 12C - Page 3
Ibn Ali

[  ] No Action
[  ] Other

_____
Signature of Judicial Officer

2/10/09
_____
Date